# IN THE SUPREME COURT, STATE OF WYOMING

## 2015 WY 111

*April Term, A.D. 2015*

**August 19, 2015**

MICHAEL DAVID CORDOVA,

**Appellant**
**(Defendant),**

**v.**                                                                  S-15-0113

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S "ORDER OF REVOCATION OF PROBATION"

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's March 6, 2015, "Order of Revocation of Probation." In that order, the district court revoked Appellant's probation following Appellant's admission to alleged probation violations. The district court then imposed a prison sentence for Appellant's conviction for felony driving while under the influence of alcohol.

[¶2]    On June 22, 2015, Appellant's court-appointed appellate counsel e-filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). The next day, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before August 6, 2015, Appellant "may file with this Court a *pro se* brief specifying the issues [Appellant] would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Order of Revocation of Probation" should be affirmed. It is, therefore,

[¶4]     **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Michael David Cordova, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]     **ORDERED** that the district court's March 6, 2015, "Order of Revocation of Probation" be, and the same hereby is, affirmed.

[¶6]     **DATED** this 19th day of August, 2015.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**